```
___ FILED ___ LODGED
___ RECEIVED ___ COPY

   SEP 28 2021

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

COLEEN SCHOCH
Assistant United States Attorney
Georgia State Bar No. 366545
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: coleen.schoch@usdoj.gov
Attorneys for Plaintiff

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    vs.<br><br>1.  Eduardo Ibarra-Moraga,<br>     (Counts 1–6)<br><br>2.  Ezequiel Carino,<br>     (Counts 1–3)<br><br>3.  Julian Gonzalez,<br>     (Counts 1, 4–5)<br><br>4.  Juan Carlos Gonzalez,<br>     (Counts 1, 6)<br><br>5.  Robert Garrard,<br>     (Counts 1–6)<br><br>6.  Colton Van Moorlehem,<br>     (Counts 1–6)<br><br>            Defendants. | No. CR-21-00789-PHX-DLR (ESW)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 371<br>(Conspiracy to Make False Statements in Acquisition of Firearms)<br>Count 1<br><br>18 U.S.C. §§ 924(a)(1)(A) and 2(a)<br>(False Statement in Required Information Kept by a Firearms Dealer)<br>Counts 2–6<br><br>18 U.S.C. §§ 924(d) and 981;<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

From on or about May 4, 2020, through on or about March 6, 2021, within the District of Arizona, Defendants EDUARDO IBARRA-MORAGA, EZEQUIEL CARINO,

JULIAN GONZALEZ, JUAN CARLOS GONZALEZ, ROBERT GARRARD, and COLTON VAN MOORLEHEM did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: to knowingly make false statements or representations to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, pertaining to information that the law requires the licensed dealers to keep, in violation of Title 18, United States Code, Section 924(a)(1)(A).

**Purpose of the Conspiracy**

The purpose of this conspiracy was to obtain firearms from a licensed dealer of firearms by means of knowingly false statements and representations that concealed the identity of the true purchaser of the firearms from the records the dealer was required to maintain.

**The Means and Methods of the Conspiracy**

The means and methods employed by defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that certain defendants and co-conspirators would purchase firearms from other defendants and co-conspirators in the District of Arizona.

It was further part of the conspiracy that certain defendants and co-conspirators would purchase multiple firearms of the same make, model, and caliber.

It was a further part of the conspiracy that certain defendants and co-conspirators would purchase those firearms on behalf of other defendants and co-conspirators.

It was a further part of the conspiracy that certain defendants and co-conspirators would make false statements and representations on the ATF Form 4473 regarding the true purchaser of each of the firearms.

It was a further part of the conspiracy that other defendants and co-conspirators would provide directions to the purchasing defendants and the funds directly to co-conspirators to purchase each of the firearms involved in the conspiracy.

It was a further part of the conspiracy that certain defendants and co-conspirators

would sell the firearms to the purchasing defendants and co-conspirators at the request of the other defendants and co-conspirators.

It was further part of the conspiracy that the purchasing defendants and co-conspirators, and the selling defendants and co-conspirators would be compensated monetarily for their actions by other defendants and co-conspirators.

It was a further part of the conspiracy that all the acts of acquiring, obtaining, selling, purchasing, and transporting the firearms involved in the conspiracy were undertaken by all the defendants and co-conspirators with the knowledge and intent that the firearms involved in the conspiracy would be illegally provided to Defendant EDUARDO IBARRA-MORAGA.

**Overt Acts**

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

Between on or about May 4, 2020, through on or about March 6, 2021, Defendant EDUARDO IBARRA-MORAGA knowingly induced and procured false statements and representations to a business located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business. On five separate occasions, Defendant EDUARDO IBARRA-MORAGA induced and procured a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, containing a statement or representation that he knew to be false.

Between on or about May 4, 2020, through on or about June 3, 2020, in the District of Arizona, Defendant EZEQUIEL CARINO knowingly made false statements and representations to a business located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business. On two separate occasions, Defendant EZEQUIEL CARINO

executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, containing a statement or representation that he knew to be false. Defendant EZEQUIEL CARINO was directed by Defendant EDUARDO IBARRA-MORAGA to make these false statements or representations. Defendants ROBERT GARRARD and COLTON VAN MOORLEHEM aided and abetted those false statements and representations. Pursuant to the directions of Defendant EDUARDO IBARRA-MORAGA, Defendant EZEQUIEL CARINO made the false statements or representations with the knowledge and intent that Defendants EZEQUIEL CARINO, ROBERT GARRARD, and COLTON VAN MOORLEHEM would provide the firearms obtained using those false statements to Defendant EDUARDO IBARRA-MORAGA.

Between on or about December 28, 2020, through on or about March 6, 2021, in the District of Arizona, Defendant JULIAN GONZALES knowingly made false statements and representations to a business located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business. On two separate occasions, Defendant JULIAN GONZALES executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, containing a statement or representation that he knew to be false. Defendant JULIAN GONZALES was directed by Defendant EDUARDO IBARRA-MORAGA to make these false statements or representations. Defendants ROBERT GARRARD and COLTON VAN MOORLEHEM aided and abetted those false statements and representations. Pursuant to the directions of Defendant EDUARDO IBARRA-MORAGA, Defendant JULIAN GONZALES made the false statements or representations with the knowledge and intent that Defendants JULIAN GONZALES, ROBERT GARRARD, and COLTON VAN MOORLEHEM would provide the firearms he obtained using those false statements to Defendant EDUARDO IBARRA-MORAGA.

On or about March 6, 2021, in the District of Arizona, Defendant JUAN CARLOS

GONZALES knowingly made a false statement and representation to a business located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business. Defendant JUAN CARLOS GONZALES executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, containing a statement or representation that he knew to be false. Defendant JUAN CARLOS GONZALES was directed by Defendant EDUARDO IBARRA-MORAGA to make these false statements or representations. Defendants ROBERT GARRARD and COLTON VAN MOORLEHEM aided and abetted the false statements and representations. Pursuant to the directions of Defendant EDUARDO IBARRA-MORAGA, Defendant JUAN CARLOS GONZALES made the false statements or representations with the knowledge and intent that Defendants JUAN CARLOS GONZALES, ROBERT GARRARD, and COLTON VAN MOORLEHEM would provide the firearms he obtained using those false statements to Defendant EDUARDO IBARRA-MORAGA.

Between on or about May 4, 2020, through on or about March 6, 2021, in the District of Arizona, Defendant ROBERT GARRARD knowingly aided and abetted false statements and representations to a business located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business.  On five separate occasions, Defendant ROBERT GARRARD accepted and maintained a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, containing a statement or representation that he knew to be false. Defendant ROBERT GARRARD was directed by Defendant EDUARDO IBARRA-MORAGA to aid and abet these false statements or representations. Pursuant to the directions of Defendant EDUARDO IBARRA-MORAGA, Defendant ROBERT GARRARD aided and abetted the false statements or representations with the knowledge and intent that he would provide the

firearms obtained using the false statements to Defendant EDUARDO IBARRA-MORAGA.

Between on or about May 4, 2020, through on or about March 6, 2021, in the District of Arizona, Defendant COLTON VAN MOORLEHEM knowingly aided and abetted false statements and representations to a business located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business. On five separate occasions, Defendant COLTON VAN MOORLEHEM accepted and maintained a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, containing a statement or representation that he knew to be false. Defendant COLTON VAN MOORLEHEM was directed by Defendant EDUARDO IBARRA-MORAGA to aid and abet these false statements or representations. Pursuant to the directions of Defendant EDUARDO IBARRA-MORAGA, Defendant COLTON VAN MOORLEHEM aided and abetted the false statements or representations with the knowledge and intent that he would provide the firearms obtained using the false statements to Defendant EDUARDO IBARRA-MORAGA.

All in violation of Title 18, United States Code, Section 371.

## COUNTS 2–3

From on or about May 4, 2020, through on or about June 3, 2020, in the District of Arizona, Defendants EDUARDO IBARRA-MORAGA, EZEQUIEL CARINO, ROBERT GARRARD, and COLTON VAN MOORLEHEM knowingly made false statements and representations to the business listed below, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant EZEQUIEL CARINO did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record on each of the approximate dates below, stating that he was the actual

transferee or buyer of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, Defendants EZEQUIEL CARINO, ROBERT GARRARD, and COLTON VAN MOORLEHEM knew that Defendant EZEQUIEL CARINO was buying the firearm on behalf of Defendant EDUARDO IBARRA-MORAGA:

| Count | Date | Business Name | Business Location |
|---|---|---|---|
| 2 | May 4, 2020 | Insight Guns LLC | Tempe, Arizona |
| 3 | June 3, 2020 | Insight Guns LLC | Tempe, Arizona |

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

## COUNTS 4–5

On or about December 28, 2020, through on or about March 6, 2021, in the District of Arizona, Defendants EDUARDO IBARRA-MORAGA, JULIAN GONZALEZ, ROBERT GARRARD, and COLTON VAN MOORLEHEM knowingly made false statements and representations to the business listed below, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant JULIAN GONZALEZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record on each of the approximate dates below, stating that he was the actual transferee or buyer of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, Defendants JULIAN GONZALEZ, ROBERT GARRARD, and COLTON VAN MOORLEHEM knew that Defendant JULIAN GONZALEZ was buying the firearm on behalf of Defendant EDUARDO IBARRA-MORAGA:

| Count | Date | Business Name | Business Location |
|---|---|---|---|
| 4 | December 28, 2020 | Insight Guns LLC | Tempe, Arizona |
| 5 | March 6, 2021 | Insight Guns LLC | Tempe, Arizona |

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

## COUNT 6

On or about March 6, 2021, in the District of Arizona, Defendants EDUARDO IBARRA-MORAGA, JUAN CARLOS GONZALEZ, and ROBERT GARRARD knowingly made false statements and representations to Insight Guns LLC, in Tempe, Arizona, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Insight Guns LLC, in that Defendant JUAN CARLOS GONZALEZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record stating that he was the actual transferee or buyer of the firearm and was not buying the firearm on behalf of another person, whereas in truth and fact, Defendants JUAN CARLOS GONZALEZ and ROBERT GARRARD knew that he was buying the firearm on behalf of Defendant EDUARDO IBARRA-MORAGA.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1–6 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1–6 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offenses, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable. If any forfeitable property, as a result of any act or omission of any defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: September 28, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona


s/
COLEEN SCHOCH
Assistant U.S. Attorney